### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT MONROE )<br>  )<br>     Plaintiff )<br>  )<br>vs. )<br>  )<br>J.H.O.C., INC., D/B/A PREMIER )<br>TRANSPORTATION )<br>  )<br>     Defendant | Case No. 3:18-cv-0299 |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant J.H.O.C., Inc. d/b/a Premier Transportation ("Premier") removes this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The grounds for removal are:

1. On January 23, 2018, Plaintiff Scott Monroe commenced this action in the Superior Court for the Judicial District of Hartford at Hartford, Connecticut. True and correct copies of the Summons and Complaint are attached to this notice as **Exhibit A**.

2. On January 24, 2018, Plaintiff Scott Monroe served Premier with a copy of the Summons and Complaint.

3. Premier has not answered or made any motion with respect to the Summons and Complaint, and Premier has neither waived nor prejudiced in any way its right to remove this action to a district court of the United States. The pleadings filed by Plaintiff initiating this suit, (*see* Ex. A), constitute the only pleadings filed to date in this action.

4. This Court has original jurisdiction over this action because the Complaint includes a claim of retaliation under the Fair Labor Standards Act ("FLSA"), which presents a question of federal law over which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court under 28 U.S.C. § 1441(a).

5.      This removal is timely because it was filed within thirty (30) days of receipt of the Complaint by Premier.  *See* 28 U.S.C. § 1446(b).

6.      Pursuant to 28 U.S.C. § 1446(d), Premier filed a notice in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, notifying the court of the filing of this petition.  A copy of the notice filed in the Superior Court is attached as **Exhibit B**.

WHEREFORE, Premier, having provided notice as required by law, now removes the above-captioned action from the Superior Court for the Judicial District of Hartford at Hartford to the United States District Court for the District of Connecticut.

Dated:  February 20, 2018
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
J.H.O.C., INC. d/b/a PREMIER TRANSPORTATION

By: */s/ Pamela J. Moore*
    Pamela J. Moore (ct08671)
    Tiffany R. Hubbard (ct28247)
    McCarter & English, LLP
    CityPlace I
    185 Asylum Street
    Hartford, Connecticut 06103
    Tel.:  (860) 275-6700
    Fax:  (860) 724-3397
    Email:  pmoore@mccarter.com
    Email:  thubbard@mccarter.com

Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

    I, Pamela J. Moore, hereby certify that on February 20, 2018, caused a copy of the within Notice of Removal to be served by mailing same overnight, postage prepaid, upon the following:

James V. Sabatini, Esq.
SABATINI AND ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Email: jsabatini@sabatinilaw.com

        /s/ *Pamela J. Moore*
        Pamela J. Moore (ct08671)