UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT MONROE,
    Plaintiff,

v.        Case No. 3:18-cv-00299 (KAD)

JHOC, INC. *doing business as Premier Transportation*,
    Defendant.

## JUDGMENT

This matter came on for consideration of defendant's motion for summary judgment [doc. #39] before the Honorable Kari A. Dooley, United States District Judge. The Court, having considered the full record of the case including applicable principles of law, granted the defendant's motion. Accordingly, judgment shall enter in favor of the defendant. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant JHOC, Inc. and the case is closed.

Dated at Bridgeport, Connecticut, this 26th day of June 2019.

ROBIN D. TABORA, Clerk

By: /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD:06/26/19