**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Connecticut

File Number 3:18-CV-00299 (KAD)

**Scott Monroe**                                   )
          *Plaintiff,*                              )
   v.                                                  )            Notice of Appeal

**J.H.O.C., Inc., d/b/a Premier**        )
~~Transportation~~                               )
          *Defendant.*                          )

Notice is hereby given that Scott Monroe , **(plaintiffs)** ~~(defendants)~~ in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit **(from the final judgment)** (from an order (describing it)) entered in this action on the 24th day of June , 20 19 .

                                                /s/
                                                James V. Sabatini, Sabatini and Associates, LLC

                                          Attorney for Scott Monroe
                                          Address: One Market Square
                                          Newington, CT  06111

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants